Brian J. Soo-Hoo, Esq. (California Bar No: 228298)
LAW OFFICES OF BRIAN J. SOO-HOO, APC
1905 N. Main Street
Santa Ana, CA 92706
Tel:  714-589-2252 / Fax:  714-589-2254
Email:  brian@consumerjusticelc.com

Attorney for:  Amanda Rose Osborn

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

|  |  |
|---|---|
| AMANDA ROSE OSBORN, | Case # 2:26-cv-01599 |
| Plaintiff(s), | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |
| vs. CITIBANK, N.A.; SYNCHRONY BANK; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC AND DOES 1-10, INCLUSIVE, Defendant(s). | FILING FEE IS $250.00 |

_____BRIAN J. SOO-HOO_____, Petitioner, respectfully represents to the Court:
                (name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

LAW OFFICES OF BRIAN J. SOO-HOO, APC
_____
                              (firm name)

with offices at ___1905 N. MAIN STREET, SANTA ANA, CA 92706_____,
                                        (street address)

____SANTA ANA____, __California__, __92706__,
        (city)                              (state)                        (zip code)

____714-589-2252____, ___brian@consumerjusticelc.com___.
(area code + telephone number)                (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

___AMANDA ROSE OSBORN___ to provide legal representation in connection with
              [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.   That since _____12/02/2003_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _California_____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.   That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Central District of Califonia | 12/05/2003 | 228298 |
| Southern District of California | 12/24/2009 | 228298 |
| Eastern District of California | 04/24/2017 | 228298 |
| | | |
| | | |
| | | |
| | | |

5.   That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

NONE.

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)

NONE.

7.    That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)

NONE.

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

/s/ Brian J. Soo-Hoo
_____
Petitioner's signature

STATE OF CALIFORNIA    )
                       )
COUNTY OF ORANGE       )

_____Brian J. Soo-Hoo_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

/s/ Brian J. Soo-Hoo
_____
Petitioner's signature

Subscribed and sworn to before me this

_____ day of _____, _____.

_____
Notary Public or Clerk of Court

*See ATTACHED*

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___KEVIN L. HERNANDEZ___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

HERNANDEZ & MASSI, PLLC; 2510 WIGWAM PKWY, STE 206
_____,
(street address)

____HENDERSON____, ____NV____, ____89074____,
(city)            (state)      (zip code)

____702-563-4450____, Kevin@kevinhernandezlaw.com____.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Kevin L. Hernandez _____ as
                                              (name of local counsel)
XXX/her/theirDesignated Resident Nevada Counsel in this case.

_____
(party's signature)

AMANDA ROSE OSBORN
(type or print party name, title)

N/A
(party's signature)

N/A
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

12594                          kevin@hernandezandmassi.com
Bar number                     Email address

APPROVED:

Dated: this 29 day of _____ May _____, 2026

_____
UNITED STATES DISTRICT JUDGE

Rev. 5/16

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 5/26/2026

**LICENSEE NAME:** Brian J.  Soo-Hoo

**LICENSEE BAR NUMBER:** 228298

**LICENSEE STATUS:** Active

**ADMIT DATE:** 12/2/2003

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Brian J.  Soo-Hoo's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____ ORANGE _____ )

On __05/27/2026_____ before me, __MEHRAN HEMMATKHANI/Notary public____
(insert name and title of the officer)

personally appeared __BRIAN J SOO-HOO_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

MEHRAN HEMMATKHANI
Notary Public - California
Orange County
Commission # 2436965
My Comm. Expires Feb 2, 2027