Tanya N. Lewis (8855)
SNELL & WILMER L.L.P.
1700 S Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: tlewis@swlaw.com

*Attorneys for Defendant Synchrony Bank*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA ROSE OSBORN, <br><br> Plaintiff(s), <br><br> vs. <br><br> CITIBANK, N.A.; SYNCHRONY BANK; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; AND DOES 1-10, INCLUSIVE, <br><br> **Defendant(s).** | <span style="color:red">JOINT MOTION</span> <br> ~~STIPULATION~~ **AND ORDER TO EXTEND DEFENDANT SYNCHRONY BANK'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> **(FIRST REQUEST)** <br><br> Case No. 2:26-cv-01599-GMN-DJA |

It is hereby stipulated by and between Plaintiff Amanda Rose Osborn ("Plaintiff"), and Defendant Synchrony Bank ("Synchrony"), through their respective attorneys, as follows:

Synchrony's current deadline to respond to the Complaint is June 22, 2026[1]. In the interest of conserving client and judicial resources, Plaintiff and Synchrony stipulate and agree that Synchrony shall have an extension until **July 20, 2026**, in which to file its responsive pleading.

This is the parties' first request for an extension of time to respond to the Complaint, and is not intended to cause any delay or prejudice to any party, but is requested for good cause and so that Synchrony can have adequate time to prepare its response.

---

[1] This is based on the service date of June 1, 2026.

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 S Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135
702.784.5200

Dated:  June 22, 2026

SNELL & WILMER L.L.P.
By:  /s/ *Tanya N. Lewis*
Tanya N. Lewis
1700 S Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

*Attorneys for Defendant Synchrony Bank*

Dated:  June 22, 2026

HERNANDEZ & MASSI
By: /s/ *Kevin L. Hernandez\**
Kevin L. Hernandez, Esq.
HERNANDEZ & MASSI
8920 W. Tropicana Ave, Ste 101
Las Vegas, Nevada, 89147

*Attorney for Plaintiff*

*\*e-signed with permission via email*

## ORDER

Under Local Rule 7-1(c), a stipulation that has been signed by fewer than all the parties or their attorneys will be treated - and must be filed - as a joint motion.  The Court thus treats this filing as a joint motion and will expect that future filings follow Local Rule 7-1(c). The Court GRANTS the joint motion (ECF No. 15).

DATED: 6/23/2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

- 2 -

## ~~ORDER~~

~~IT IS HEREBY ORDERED THAT Synchrony's time to respond to Plaintiff's Complaint is extended to July 20, 2026.~~

~~IT IS SO ORDERED.~~

_____

~~UNITED STATES MAGISTRATE JUDGE~~

~~DATED _____, 2026.~~

Respectfully submitted by:

SNELL & WILMER L.L.P.

_/s/ Tanya N. Lewis_

Tanya N. Lewis, Esq.
1700 S Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

_Attorneys for Defendant Synchrony Bank_

- 3 -

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action.  On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEFENDANT SYNCHRONY BANK'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** to be served via CM/ECF electronic filing system to the following:

Kevin L. Hernandez, Esq.
HERNANDEZ & MASSI
8920 W. Tropicana Ave, Ste 101
Las Vegas, Nevada, 89147
Kevin@hernandezandmassi.com

and

Brian J. Soo-Hoo, Esq.
LAW OFFICES OF BRIAN J. SOO-HOO, APC
1905 North Main Street
Santa Ana, CA 92706
info@consumerjusticelc.com

*Attorney for Plaintiff Amanda Rose Osborn*

DATED: June 22, 2026.

*/s/ Jessica Ritchie*
An Employee of Snell & Wilmer L.L.P.