GIA N. MARINA, ESQ
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Email: gmarina@clarkhill.com
Telephone:    (702) 862-8300
*Attorney for Defendant*
*Equifax Information Services LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA – LAS VEGAS**

AMANDA ROSE OSBORN,

               Plaintiff,

vs.

CITIBANK, N.A., SYNCHRONY BANK,
EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., TRANSUNION, LLC AND DOES 1-10
INCLUSIVE,

               Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:26-cv-01599-GMN-DJA

JOINT MOTION
~~STIPULATION~~ **OF EXTENSION OF
TIME FOR DEFENDANT EQUIFAX
INFORMATION SERVICES LLC TO
FILE ANSWER**

**FIRST REQUEST**

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from June 22, 2026, through and including July 22, 2026.

///

///

///

///

The request was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 22nd day of June 2026.

CLARK HILL PLLC

By: /s/ Gia N. Marina_____
Gia N. Marina, Esq.
Nevada Bar No. 15276
Email: gmarina@clarkhill.com
CLARK HILL PLLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89169
Telephone:     (702) 862-8300

*Attorney for Defendant*
*Equifax Information Services LLC*

LAW OFFICES OF BRIAN J. SOO-HOO, APC

/s/ Brian J. Soo-Hoo_____
Brian J Soo-Hoo
Law Offices of Brian J. Soo-Hoo, APC
1905 N Main Street
Santa Ana, CA 92706
714-589-2252
Email: brian@consumerjusticelc.com

Kevin L. Hernandez
Hernandez and Massi
8920 W. Tropicana Avenue
Suite 101
Las Vegas, NV 89147
702-870-1100
Fax: 702-870-0196
Email: Kevin@hernandezandmassi.com
*Attorneys for Plaintiff*

Under Local Rule 7-1(c), a stipulation that has been signed by fewer than all the parties or their attorneys will be treated - and must be filed - as a joint motion. The Court thus treats this filing as a joint motion and will expect that future filings follow Local Rule 7-1(c). The Court GRANTS the joint motion (ECF No. 16).

_____
United States Magistrate Judge

DATED: ___6/24/2026_____

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 22nd day of June 2026, via CM/ECF, upon all counsel of record:

Brian J Soo-Hoo
Law Offices of Brian J. Soo-Hoo, APC
1905 N Main Street
Santa Ana, CA 92706
714-589-2252
Email: brian@consumerjusticelc.com

Kevin L. Hernandez
Hernandez and Massi
8920 W. Tropicana Avenue
Suite 101
Las Vegas, NV 89147
702-870-1100
Fax: 702-870-0196
Email: Kevin@hernandezandmassi.com
*Attorneys for Plaintiff*

By: /s/ Gia N. Marina
Gia N. Marina
Nevada Bar No. 15276
CLARK HILL PLLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone:     (702) 862-8300
Email: gmarina@clarkhill.com
*Attorney for Defendant*
*Equifax Information Services LLC*

- 3 -