MC LAW NEVADA
Robert McCoy, No. 9121
1775 Village Center Circle, Suite 110
Las Vegas, Nevada 89134
(702) 570-5435
rob@mclawnevada.com

Attorneys for Defendant
Citibank, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA ROSE OSBORN,<br><br>                    Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A.; SYNCHRONY BANK; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC AND DOES 1-10, INCLUSIVE,<br><br>                    Defendants. | Case No. 2:26-cv-01599-GMN-DJA<br><br>JOINT MOTION <s>STIPULATION</s> AND ORDER TO EXTEND DEADLINE FOR TO RESPOND TO COMPLAINT<br><br>(FIRST REQUEST) |


MC LAW

i

Plaintiff Amanda Rose Osborn and defendant Citibank, N.A. ("Citibank") stipulate to extend the time for Citibank to respond to the complaint (ECF No. 1) on the following basis:

1.      On May 26, 2026, Plaintiff filed her complaint;

2.      On June 3, 2026, Plaintiff served the summons and complaint on Citibank, making Citibank's deadline to respond June 24, 2026;

3.      Plaintiff and Citibank request additional time for Citibank to respond to the complaint, as Citibank's counsel was recently retained and requires additional time to review the complaint's allegations, investigate the facts alleged, and prepare a responsive pleading to the complaint;

4.      Plaintiff and Citibank have met and conferred and hereby agree to extend the date by which Citibank must respond to the Complaint by three weeks, from June 24, 2026 up to and including July 17, 2026;

5.      Pursuant to LR IA 6-1, this is the first stipulation to extend this deadline.

*COUNSEL SIGNATURES ON NEXT PAGE TO COMPLY WITH LR IA 6-2*

### ORDER

Under Local Rule 7-1(c), a stipulation that has been signed by fewer than all the parties ortheir attorneys will be treated - and must be filed - as a joint motion. The Court thus treatsthis filing as a joint motion and will expect that future filings follow Local Rule 7-1(c). The Court GRANTS the joint motion (ECF No. 17).

DATED: 6/24/2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE


MC LAW

1 of 2

LAW OFFICES OF BRIAN J. SOO-HOO, APC

*s/ Brian J. Soo-Hoo*

Brian J. Soo-Hoo *(pro hac vice)*
1905 N. Main Street
Santa Ana, California 92706
brian@consumerjusticelc.com

HERNANDEZ & MASSI
Kevin L. Hernandez, No. 12594
8920W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147

Attorneys for Plaintiff Amanda Rose Osborn

MC LAW NEVADA



Robert McCoy, No. 9121
1775 Village Center Circle, Suite 110
Las Vegas, Nevada 89134

Attorneys for Defendant Citibank, N.A.

MC LAW