Tanya N. Lewis (8855)
SNELL & WILMER L.L.P.
1700 S Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: tlewis@swlaw.com

*Attorneys for Defendant Synchrony Bank*

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 S Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135
702.784.5200

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA ROSE OSBORN,<br><br>Plaintiff(s),<br><br>vs.<br><br>CITIBANK, N.A.; SYNCHRONY BANK; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; AND DOES 1-10, INCLUSIVE,<br><br>**Defendant(s).** | **DEFENDANT SYNCHRONY BANK and PLAINTIFF'S JOINT MOTION TO EXTEND DEFENDANT SYNCHRONY BANK'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND PROPOSED ORDER**<br><br>**(SECOND REQUEST)**<br><br>Case No. 2:26-cv-01599-GMN-DJA |

Plaintiff Amanda Rose Osborn ("Plaintiff"), and Defendant Synchrony Bank ("Synchrony"), through their respective attorneys, move jointly as follows:

**MEMORANDUM OF POINTS AND AUTHORITIES**

Synchrony's current deadline to respond to the Complaint was July 20, 2026 [ECF No. 22][1]. In the interest of conserving client and judicial resources, Plaintiff and Synchrony jointly move and

[1] The parties further state that, so this instant Motion will comply with LR 26-3, the failure to present the parties' prior request for extension [ECF No. 26, dated July 17, 2026] as a joint motion was due to counsel's excusable neglect in titling the prior request as a stipulation and proposed order, and not as a joint motion, as set out by the Court in its Order [ECF No. 29].

agree that Synchrony shall have an extension until **August 3, 2026**, in which to file its responsive pleading.

This is the parties' second request for an extension of time to respond to the Complaint, and is not intended to cause any delay or prejudice to any party, but is requested for good cause, and so that Synchrony can have adequate time to prepare its response, and so the parties may discuss settlement as appropriate.

Dated: July 21, 2026

SNELL & WILMER L.L.P.

By: /s/ *Tanya N. Lewis*
Tanya N. Lewis
1700 S Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

*Attorneys for Defendant Synchrony Bank*

Dated: July 21, 2026

HERNANDEZ & MASSI
By: /s/ *Kevin L. Hernandez**
Kevin L. Hernandez, Esq.
HERNANDEZ & MASSI
8920 W. Tropicana Ave, Ste 101
Las Vegas, Nevada, 89147

*Attorney for Plaintiff*

**e-signed with permission via email*

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 S Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135
702.784.5200

**ORDER**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Synchrony's time to respond to Plaintiff's Complaint is extended to August 3, 2026** and the joint motion (ECF No. 30) is GRANTED.

**IT IS SO ORDERED.**

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: July 24, 2026

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Lewis*
Tanya N. Lewis, Esq.
1700 S Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

*Attorneys for Defendant Synchrony Bank*

Snell & Wilmer L.L.P. LAW OFFICES 1700 S Pavilion Center Drive, Ste. 700 Las Vegas, Nevada 89135 702.784.5200

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 S Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135
702.784.5200

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing DEFENDANT SYNCHRONY BANK AND PLAINTIFF'S **JOINT MOTION TO EXTEND DEFENDANT SYNCHRONY BANK'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** AND PROPOSED ORDER – **SECOND REQUEST** to be served via CM/ECF electronic filing system to the following:

Kevin L. Hernandez, Esq.
HERNANDEZ & MASSI
8920 W. Tropicana Ave, Ste 101
Las Vegas, Nevada, 89147
Kevin@hernandezandmassi.com

and

Brian J. Soo-Hoo, Esq.
LAW OFFICES OF BRIAN J. SOO-HOO, APC
1905 North Main Street
Santa Ana, CA 92706
info@consumerjusticelc.com

*Attorney for Plaintiff Amanda Rose Osborn*

DATED: July 21, 2026.

*/s/ Susan Ballif*
An Employee of Snell & Wilmer L.L.P.