**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AMANDA ROSE OSBORN<br><br>Plaintiff(s),<br><br>vs.<br><br>CITIBANK, N.A. et al<br><br>Defendant(s). | Case #2:26-cv-01599<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

Christina Chen, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Morgan, Lewis & Bockius LLP
(firm name)

with offices at 600 Montgomery Street, Suite 2300,
(street address)

San Francisco, California, 94111,
(city) (state) (zip code)

415-442-1381, christina.chen@morganlewis.com.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by Defendant Citibank, N.A. [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since December 12, 2013 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Northern District of California | 05/29/2015 | 294921 |
| Central District of California | 05/29/2015 | 294921 |
| Eastern District of California | 06/03/2015 | 294921 |
| Southern District of California | 08/01/2026 | 294921 |
| State Bar of California | 12/12/2013 | 294921 |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

San Francisco Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

Petitioner's signature

STATE OF California )
COUNTY OF San Francisco )
)

Christina Chen, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

Petitioner's signature

Subscribed and sworn to before me this

19th day of November, 2026.

*Please see attached CA jurat
Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Robert McCoy (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

1775 Village Center Circle, Suite 110,
(street address)

Las Vegas, (city) Nevada, (state) 89134, (zip code)

(702) 370-5255, (area code + telephone number) rob@mclawnevada.com. (Email address)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF SAN FRANCISCO

Subscribed and sworn to (or affirmed) before me on this 19th day of November, 2026, by Christina Chen, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: [signature] (Seal)

JILLYANN UGERIO
Notary Public - California
San Francisco County
Commission # 2515291
My Comm. Expires Mar 25, 2029

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) Robert McCoy as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

Eileen M. Driscoll Digitally signed by Eileen M. Driscoll Date: 2026.11.20 13:03:21 -08'00'
(party's signature)

Eileen Driscoll, Counsel for Citibank, N.A.
(type or print party name, title)

(party's signature)

(type or print party name, title)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

9121 rob@mclawnevada.com
Bar number Email address

APPROVED:

Dated: this 24 day of November, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

# EXHIBIT 1

---

**CERTIFICATE OF GOOD STANDING FOR THE STATE OF CALIFORNIA**

# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

***CHRISTINA LIN CHEN***

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that, CHRISTINA LIN CHEN #294921 was on the 12th day of December 2013 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 19th day of November 2026.*

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By: ______________________
*Larry Blake, Jr., Senior Deputy Clerk -*